## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| 6824 Lexington Avenue | ) |
| Los Angeles, CA 90038 | ) |
| | ) |
| **BUZZFEED INC.,** | ) |
| 111 East 18th Street, 13th Floor | ) |
| New York, NY 10003 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Office of Public Affairs | ) |
| Washington, D.C. 20505 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.      Plaintiffs, JASON LEOPOLD and BUZZFEED INC., file this Freedom of Information Act suit to force Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") to produce records regarding the CIA Inspector General's concluding documents, such as final reports or closing memos, for all closed investigations on sustained or alleged misconduct between 2016 and 2019.

## PARTIES

2.      Plaintiffs JASON LEOPOLD and BUZZFEED INC., are members of the media and made the FOIA requests at issue in this case.

3.      Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**NOVEMBER 22, 2017, FOIA REQUEST (F-2018-00373)**

6.      On November 22, 2017, Plaintiffs submitted a FOIA request to CIA for "a copy of the concluding document (report of investigation, final report, closing memo, referral letter) concerning investigations closed in calendar year 2017, concerning misconduct, actual or alleged."  Exhibit A.

7.      CIA assigned reference number F-2018-00373 to the matter.

8.      As of the date of this filing, CIA has not issued a determination letter and has produced no responsive records.

**JUNE 20, 2019, FOIA REQUEST (F-2019-02220)**

9.      On June 20, 2019, Plaintiffs submitted a FOIA request to CIA for "a copy of the concluding document (report of investigation, final report, closing memo, referral letter) concerning investigations closed in calendar years 2016, 2017, 2018 and 2019 (so far) concerning misconduct, actual or alleged."  Exhibit B.

10.     Plaintiffs included records from 2017 in this request because CIA never produced records to their November 22, 2017, request.

11.     On September 9, 2019, CIA acknowledged receipt of the request and assigned reference number F-2019-02220 to the matter.  Exhibit B.

12.     In that same letter, CIA informed Plaintiffs: "you had previously requested this information for 2017 in your request dated 22 November 2017, which was assigned reference

number F-2018-00373.  Because your request remains in process, we will exclude 2017 from your current request, [F-2019-02220]."  Exhibit B.

13.     As of the date of this filing, CIA has not issued a determination letter and has produced no responsive records.

### JANUARY 22, 2020, FOIA REQUEST (F-2020-00760)

14.     Having received no further correspondence regarding the F-2019-02220 request, which concerns records from 2016, 2018, and the first half of 2019, Plaintiffs submitted another FOIA request on January 22, 2020, for "a copy of the concluding document (report of investigation, final report, closing memo, referral letter and attachments) concerning investigations closed in calendar year 2018 and 2019 concerning misconduct, actual or alleged." Exhibit C.

15.     On January 31, 2020, CIA acknowledged receipt of the request and assigned reference number F-2020-00760 to the matter.  Exhibit D.

16.     In that same letter, CIA informed Plaintiffs that it is "canceling" F-2020-00760 because Plaintiffs' previous request F-2019-02220 will address the records sought in F-2020-00760.  Exhibit D.

17.     Plaintiffs sought records concerning investigations closed in the entirety of 2019. The earlier F-2019-02220 request sought records concerning investigations closed before June 2019.

18.     As of the date of this filing, CIA has not issued a determination letter and has produced no responsive records.

### COUNT I – NOVEMBER 22, 2017, FOIA REQUEST (F-2018-00373)

19.     The above paragraphs are incorporated herein.

20.     CIA is a federal agency, subject to FOIA.

21.     The requested records are not exempt under FOIA.

22.     CIA has failed to produce the requested records.

**COUNT II – JUNE 20, 2019, FOIA REQUEST (F-2019-02220)**

23.     The above paragraphs are incorporated herein.

24.     CIA is a federal agency, subject to FOIA.

25.     The requested records are not exempt under FOIA.

26.     CIA has failed to produce the requested records.

**COUNT III - JANUARY 22, 2020, FOIA REQUEST (F-2020-00760)**

27.     The above paragraphs are incorporated herein.

28.     CIA is a federal agency, subject to FOIA.

29.     The requested records are not exempt under FOIA.

30.     CIA has failed to produce the requested records.

**WHEREFORE,** Plaintiffs ask the Court to:

i.     Order CIA to conduct a reasonable search for records and to produce all non-exempt requested records;

ii.     Award Plaintiffs' attorney fees and costs; and

iii.     Enter any other relief the Court deems appropriate.

Dated:  March 20, 2020

Respectfully Submitted,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900
foia@loevy.com