UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-0780 (ABJ) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's January 18, 2022, Minute Order, defendant Central Intelligence Agency ("CIA") respectfully submits this status report in this Freedom of Information Act case.

The CIA has advised that it mailed its fifth interim production of non-exempt, responsive records to Plaintiff on April 13, 2022.

The CIA has further advised that consultation requests are still pending for approximately 44 documents and that it will endeavor to produce any non-exempt, responsive portions of those documents as soon as practicable, on a rolling basis, after the consultation requests have been resolved.

The CIA proposes filing another status report regarding its progress on or before July 20, 2022.

Dated:  April 14, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

        By: /s/ Marsha W. Yee
        MARSHA W. YEE
        Assistant United States Attorney
        Civil Division
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2539
        Email: Marsha.Yee@usdoj.gov

        *Counsel for Defendant*