UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | Civil Action No. 20-0780 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 22, 2022, Minute Order, the parties respectfully submit the following briefing schedule:

- Defendant will file its motion for summary judgment by December 8, 2022;

- Plaintiffs will file their opposition, combined with any cross-motion for summary judgment, by January 19, 2023;

- Defendant will file its reply, combined with its opposition to any cross-motion for summary judgment, by February 16, 2023; and

- Plaintiffs will file any reply in further support of any cross-motion for summary judgment by March 16, 2023.

- 2 -

Dated:  August 12, 2022

                                              Respectfully submitted,

*/s/ Josh Loevy*                                 MATTHEW M. GRAVES, D.C. Bar #481052
Josh Loevy, D.C. Bar No. IL0105         United States Attorney
Matthew Topic, D.C. Bar No. IL 0037
Shelley Geiszler, D.C. Bar No. IL 0087    BRIAN P. HUDAK
Merrick Wayne, D.C. Bar No. IL 0058    Chief, Civil Division
LOEVY &amp; LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

                                              By: */s/ Marsha W. Yee*
                                              MARSHA W. YEE
                                              Assistant United States Attorney
                                              Civil Division
                                              United States Attorney's Office
                                              601 D Street, N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 252-2539
                                              Email: Marsha.Yee@usdoj.gov

                                              *Counsel for Defendant*